No. 81–1565.   VSL CORP. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–1596.   MITCHELL ENERGY CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION.   C. A. 5th Cir.   Certiorari denied.

No. 81–1684.   INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–1706.   BALSLEY *v.* GULLEY ET AL.   C. A. 7th Cir. Certiorari denied.

No. 81–1707.   SKELTON ET AL. *v.* GENERAL MOTORS CORP.   C. A. 7th Cir.   Certiorari denied.

No. 81–1710.   OHIO VALLEY CARPENTERS DISTRICT COUNCIL, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, LOCAL NO. 1787 *v.* PEASE CO. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–1711.   MCNEW *v.* BANK OF MOUNT VERNON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–1719.   PETRUSCH, DBA B & L DISTRIBUTION CENTER *v.* TEAMSTERS LOCAL 317, SYRACUSE, NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–1720.   SAVASTANO, ADMINISTRATRIX *v.* BOARD OF EDUCATION, KINGS PARK SCHOOL DISTRICT NO. 5, COUNTY OF SUFFOLK, ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.